Case No. 1:23-CV-03920-JHR

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

In re Celsius Network LLC, *et al.*,

*Debtors.*

Community First Partners, LLC,
Celsius SPV Investors, LP,
Celsius New SPV Investors, LP, and
CDP Investissements Inc.

*Appellants,*

v.

Official Committee of Unsecured
Creditors

*Appellees.*

ON APPEAL FROM THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
CHAPTER 11 CASE NO. 22-10964 (MG)

**NOTICE OF APPEARANCE AND**
**REQUEST FOR SERVICE OF PAPERS**

| | | |
|---|---|---|
| Dennis F. Dunne | Andrew M. Leblanc | Joshua M. Mester (*pro hoc vice* application forthcoming) |
| Nelly Almeida | Melanie Westover Yanez | |
| Milbank LLP | Milbank LLP | Jones Day |
| 55 Hudson Yards | 1850 K Street NW | 555 South Flower Street |
| New York, NY 10001 | Suite 1100 | Fiftieth Floor |
| Tel: (212) 530-5000 | Washington, D.C. 20006 | Los Angeles, CA 90071 |
| | Tel: (202) 835-7500 | Tel: (213) 489-3939 |

*Counsel for Appellants*

**PLEASE TAKE NOTICE** that the undersigned hereby appear in the above-captioned case in the United States District Court for the Southern District of New York as counsel to Community First Partners, LLC, Celsius SPV Investors, LP, Celsius New SPV Investors, LP, and CDP Investissements Inc., as beneficial holders, or investment advisors or managers of beneficial holders, of Series B Preferred Shares issued by Celsius Network Limited, and request that copies of all notices and papers filed or entered in this case be given to and served upon:

>Dennis F. Dunne
>Nelly Almeida
>**MILBANK LLP**
>55 Hudson Yards
>New York, NY 10001
>Tel:  (212) 530-5000
>Fax: (212) 660-5219
>Email: ddunne@milbank.com
>          nalmeida@milbank.com

>Andrew M. Leblanc
>Melanie Westover Yanez
>**MILBANK LLP**
>1850 K Street, NW, Suite 1100
>Washington, DC 20006
>Tel:  (202) 835-7500
>Fax: (202) 263-7586
>Email: aleblanc@milbank.com
>          mwyanez@milbank.com

>Joshua M. Mester (*pro hac vice* application forthcoming*)*
>**JONES DAY**
>555 South Flower Street
>Fiftieth Floor
>Los Angeles, CA 90071
>Tel:  (213) 489-3939

Fax: (213) 243-2539
Email: jmester@jonesday.com

[*Remainder of page left intentionally blank*]

Dated: New York, New York
June 6, 2023

Respectfully submitted,

/s/ *Dennis F. Dunne*
Dennis F. Dunne
Nelly Almeida
**MILBANK LLP**
55 Hudson Yards
New York, NY 10001
Tel: (212) 530-5000
Fax: (212) 660-5219
Email: ddunne@milbank.com
nalmeida@milbank.com

- and -

Andrew M. Leblanc
Melanie Westover Yanez
**MILBANK LLP**
1850 K Street, NW, Suite 1100
Washington, DC 20006
Tel: (202) 835-7500
Fax: (202) 263-7586
Email: aleblanc@milbank.com
mwyanez@milbank.com

*Counsel to Community First Partners, LLC, Celsius SPV Investors, LP, and Celsius New SPV Investors, LP*

/s/ *Joshua M. Mester*
Joshua M. Mester (*pro hac vice* application forthcoming*)*
**JONES DAY**
555 South Flower Street
Fiftieth Floor
Los Angeles, CA 90071
Tel: (213) 489-3939
Fax: (213) 243-2539
Email: jmester@jonesday.com

*Counsel to CDP Investissements Inc.*