**<u>EXHIBIT A</u>**



*Celsius Organizational Structure*
*Filing Entity Analysis*